# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HISER JOHNSTON, JR., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | Case No.: 2:21-cv-00490-APG-NJK<br><br>**Order**<br><br>[Docket No. 9] |

    Pending before the Court is a notice of a Rule 26(f) conference. Docket No. 9. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: April 13, 2021

                                                Nancy J. Koppe<br>                                                  United States Magistrate Judge