Ian C. Estrada, Esq.
Nevada Bar No. 12575
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Ian@richardharrislaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HISER JOHNSTON, JR., as Special Administrator of the Estate of Hiser Johnsont, III; KATHY PRESTWICH, individually and as heir to the Estate of Hiser Johnston, III, <br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; COUNTY OF CLARK, CLARK COUNTY DETENTION CENTER, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and in his capacity as sheriff of the Las Vegas Metropolitan Police Department; LONG FRANKLIN individually and in his capacity as a LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER; MITCHELL KEGLEY, individually and in his capacity as a LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER; NAPHCARE, a foreign corporation, medical care provider for the Clark County Detention Center; DOE OFFICERS I through XX, individually, and in their official capacity; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-00490-APG-NJK<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANT NAPHCARE'S MOTION TO DISMISS** |

1

Plaintiffs, HISER JOHNSTON, JR., as Special Administrator of the Estate of Hiser Johnson, III; KATHY PRESTWICH, individually and as heir to the Estate of Hiser Johnston, III, and Defendant Naphcare, by and through their respective undersigned counsel, have agreed and stipulated that the deadline for Plaintiffs to file a Response to Defendant Naphcare's Motion to Dismiss (CM/ECF Doc. No. 16) shall be extended from June 9, 2021 to June 23, 2021.

DATED this 7th day of June, 2021.  DATED this 7th day of June, 2021.

RICHARD HARRIS LAW FIRM  LAURIA TOKUNAGA GATES & LINN, LLP

*/s/ Ian C. Estrada*  */s/ Paul A. Cardinale*
_____  _____
IAN C, ESTRADA, ESQ.  PAUL A. CARDINALE, ESQ.
Nevada Bar No. 12575  Nevada Bar No. 8394
801 S. 4th Street  1755 Creekside Oaks Drive, Suite 240
Las Vegas, Nevada 89101  Sacramento, CA 95833
*Attorneys for Plaintiff s*  *Attorneys for Defendants, Naphcare*

## **ORDER**

IT IS HEREBY ORDERED that Plaintiffs shall have until June 23, 2021 to file a Response to Defendant Naphcare's Motion to Dismiss (CM/ECF Doc. No. 16).

_____
UNITED STATES DISTRICT JUDGE

Dated: June 8, 2021