# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HISER JOHNSTON, JR., et al.,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No. 2:21-cv-00490-APG-NJK

**Order**

[Docket No. 25]

On October 14, 2021, the Court set a hearing on the parties' stipulation to extend discovery for October 19, 2021. Docket No. 24. One hour before that hearing was scheduled to begin, Defendant Naphcare filed a stipulation indicating that its only attorney of record (Paul Cardinale) is unavailable due to a trial in California and requesting that another attorney (Artak Paskevichyan) appear remotely instead. Docket No. 25. Why this request was made at the eleventh hour is not explained. Moreover, the stipulation does not explain how it would be productive to have a hearing focused on the parties' discovery efforts (or lack thereof), *see* Docket No. 24, without participation from the attorney of record for Naphcare. Accordingly, the untimely stipulation for attorney Paskevichyan to appear remotely is **DENIED**.

As a courtesy to Cardinale, the Court **VACATES** the current hearing and **CONTINUES** it to 11:00 a.m. on October 26, 2021, in Courtroom 3C.

IT IS SO ORDERED.

Dated: October 19, 2021

                                                                          Nancy J. Koppe
United States Magistrate Judge